

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAPHAEL DEUTSCH ^
DAVID FORCE ▲▪
NAKICHA JOSEPH▲
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

February 17, 2021

**Via CM/ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York



    **Re:**    **Monegro vs Crowd Cow, Inc.**
           **Case #: 1:20-cv-9310**

Dear Judge Nathan:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for Februaury 19, 2021, at 3:00pm be adjourned by 45 days. A summons was sent out for service, but as of the date of this letter Defendant has not been served.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                                     Respectfully submitted,

                                                     *s/ Mark Rozenberg*
                                                     Mark Rozenberg, Esq.

cc:    All Counsel of Record via ECF

> The initial pretrial conference is hereby adjourned to April 2, 2021 at 3:00 p.m.  The parties shall submit the materials described in Dkt. No. 5 at least seven days before the conference.  SO ORDERED.
>
> *Alison J. Nathan*
> 2/17/2021